## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In
Re:   Debtor(s)
**RaShonda Deshay Bell**
1016 Harbor View Ln
McDonough, GA 30252

**xxx−xx−5594**

Case No.: **25−61716−pmb**
Chapter:  **13**
Judge:  **Paul Baisier**

### ORDER OF DISMISSAL

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Paul Baisier
United States Bankruptcy Judge

Dated: April 17, 2026

Form 155

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 25-61716-pmb

RaShonda Deshay Bell                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                          User: bncadmin                                   Page 1 of 4

Date Rcvd: Apr 17, 2026                       Form ID: 155                                      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | RaShonda Deshay Bell, 1016 Harbor View Ln, McDonough, GA 30252-8050 |
| cr | + | Progress Residential Borrower 17, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25511157 | + | Children's Healthcare of Atlanta, P.O. Box 117196, Atlanta, GA 30368-7196 |
| 25511172 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 25511175 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |
| 25511179 | + | Piedmont Healthcare, PO Box 117684, Atlanta, GA 30368-7684 |
| 25529379 | | Piedmont Healthcare, Inc., 192 Anderson Street NE, Suite 125, Marietta, GA 30060 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Apr 17 2026 20:31:00 | EDUCATIONAL CREDIT MANAGEMENT CORPORATION, PO Box 16408, St. Paul, MN 55116-0408 |
| 25511153 | + | Email/Text: bankruptcy@1ffc.com | Apr 17 2026 20:32:00 | 1st Franklin Financial, Attn: Bankruptcy, P.O. Box 880, Toccoa, GA 30577-0880 |
| 25511154 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 17 2026 20:32:57 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 25647527 | + | EDI: MAXMSAIDV | Apr 18 2026 00:07:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 25511155 | + | Email/Text: bncnotifications@pheaa.org | Apr 17 2026 20:30:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 25616261 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 20:33:24 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25511160 | | Email/Text: BKY@conserve-arm.com | Apr 17 2026 20:30:00 | ConServe, Attn: Bankruptcy Dept, 200 Crosskeys Office Park, Fairport, NY 14450 |
| 25525893 | + | Email/Text: bknotify@creditserviceintl.com | Apr 17 2026 20:30:00 | CREDIT SERVICE INTL CORP, 512 2ND ST #6, HUDSON, WI 54016-1581 |
| 25511156 | + | EDI: CAPITALONE.COM | Apr 18 2026 00:07:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 25511158 | + | Email/Text: omx-bnc-bk-notices@chime.com | Apr 17 2026 20:31:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 25511159 | + | EDI: WFNNB.COM | Apr 18 2026 00:07:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25511161 | + | Email/Text: bankruptcy@curo.com | Apr 17 2026 20:32:00 | Covington Credit, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602-1947 |

| 25511162 | + EDI: CCS.COM | Apr 18 2026 00:07:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 25511163 | + Email/Text: bknotify@creditserviceintl.com | Apr 17 2026 20:30:00 | Credit Service International, Attn: Bankruptcy, 512 2nd Street, Suite 6, Hudson, WI 54016-1581 |
| 25676264 | Email/Text: ECMCBKNotices@ecmc.org | Apr 17 2026 20:31:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 25511164 | + Email/Text: operations@tilt.com | Apr 17 2026 20:31:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St Ste 102, San Francisco, CA 94110-2102 |
| 25511165 | ^ MEBN | Apr 17 2026 20:22:04 | Esusu, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 25511166 | + Email/Text: Bankruptcy.Notices@stellantis-fs.com | Apr 17 2026 20:31:00 | First Investors Financial Dept, Attn: Bankruptcy, 3065 Akers Mill Rd Se, Ste 700, Atlanta, GA 30339-3124 |
| 25511167 | + EDI: AMINFOFP.COM | Apr 18 2026 00:07:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25511168 | EDI: GADEPTOFREV | Apr 18 2026 00:07:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway NE, Suite 339, Atlanta, GA 30345 |
| 25511169 | + EDI: PHINAMERI.COM | Apr 18 2026 00:07:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 25608507 | ^ MEBN | Apr 17 2026 20:23:19 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 25511170 | + EDI: LCIICSYSTEM | Apr 18 2026 00:06:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 25625896 | Email/Text: BNCnotices@dcmservices.com | Apr 17 2026 20:30:00 | Inphynet Primary Care Physicians Southeast PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 25511171 | EDI: IRS.COM | Apr 18 2026 00:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25517667 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 20:33:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25511173 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 20:32:56 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 25590338 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2026 20:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25511174 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2026 20:31:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 25511176 | ^ MEBN | Apr 17 2026 20:22:14 | Mohela, Po Box 300001, Greenville, TX 75403-3001 |
| 25705978 | Email/Text: Bankruptcy_Notices@navient.com | Apr 17 2026 20:31:00 | Navient Solutions - PTN, PO Box 8004, Fishers, IN 46038 |
| 25625685 | + Email/Text: ecfbankruptcy@progleasing.com | Apr 17 2026 20:31:00 | NPRTO Georgia, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 25511177 | + Email/Text: netcreditbnc@enova.com | Apr 17 2026 20:32:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 25515829 | + Email/Text: netcreditbnc@enova.com | Apr 17 2026 20:32:00 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 25511178 | + Email/Text: Bankruptcy@PDQServices.net | Apr 17 2026 20:31:00 | PDQ Services, Inc., Attn: Bankruptcy, 700 Churchill Ct, Ste 200, Woodstock, GA 30188-6841 |
| 25525078 | + Email/Text: bncnotifications@pheaa.org | Apr 17 2026 20:30:00 | PHEAA, PO Box 8147, Harrisburg, PA |

| District/off: 113E-9 | User: bncadmin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 17, 2026 | Form ID: 155 | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| 25531363 | + EDI: JEFFERSONCAP.COM | Apr 18 2026 00:07:00 | 17105-8147<br>Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 25511180 | + Email/Text: bknotices@progressresidential.com | Apr 17 2026 20:32:00 | Progress Residential, 2658 Holcomb Bridge Rd, Suite 118, Alpharetta, GA 30022-6822 |
| 25511181 | + Email/Text: ngisupport@radiusgs.com | Apr 17 2026 20:30:00 | Radius Global Solution, 7831 Glenroy Road, Edina, MN 55439-3117 |
| 25547149 | Email/Text: bankruptcy@springoakscapital.com | Apr 17 2026 20:29:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 25511182 | Email/Text: bankruptcy@springoakscapital.com | Apr 17 2026 20:29:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 25512367 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Apr 17 2026 20:31:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25511183 | Email/Text: bankruptcy@vystarcu.org | Apr 17 2026 20:31:00 | Vystar Credit Union, Attn: Bankruptcy, Po Box 45085, Jacksonville, FL 32232 |
| 25603418 | + EDI: AIS.COM | Apr 18 2026 00:07:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25511184 | + EDI: CAPITALONE.COM | Apr 18 2026 00:07:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25511185 | + Email/Text: bk@worldacceptance.com | Apr 17 2026 20:31:00 | World Finance Corp, Attn: Bankruptcy Department, P.O.Box 6429, Greenville, SC 29606-6429 |
| 25511186 | + Email/Text: bankruptcy@wofco.com | Apr 17 2026 20:29:00 | World Omni Financial Corp., Attn: Bankruptcy, 6150 Omni Park Drive, Mobile, AL 36609-5195 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Kevin Grindlay

on behalf of Debtor RaShonda Deshay Bell kevin.grindlay@legalatlanta.com

District/off: 113E-9                          User: bncadmin                                    Page 4 of 4

Date Rcvd: Apr 17, 2026                       Form ID: 155                                      Total Noticed: 54

Matthew Franklin Totten
                    on behalf of Creditor Progress Residential Borrower 17  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Melissa J. Davey
                    mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com

Michael F. Burrow
                    on behalf of Debtor RaShonda Deshay Bell court@legalatlanta.com
                    burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com


TOTAL: 4