**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Case No. 25-61716-PMB |
| RASHONDA DESHAY BELL | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Melissa J. Davey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/08/2025.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 04/17/2026.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $10,556.22.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,886.78 |
| Less amount refunded to debtor | $1,246.15 |

**NET RECEIPTS:** **$8,640.63**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,340.63 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,840.63**

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1ST FRANKLIN FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AIDVANTAGE ON BEHALF OF: THE D | Unsecured | NA | 56,330.94 | 56,330.94 | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES | Unsecured | 20,705.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 100.96 | 100.96 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 421.54 | 421.54 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 8.18 | 8.18 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 57.57 | 57.57 | 0.00 | 0.00 |
| CHILDREN'S HEALTHCARE OF ATLAI | Unsecured | 9,465.38 | NA | NA | 0.00 | 0.00 |
| CHIMEFINAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenitybank/New York | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONSERVE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COVINGTON CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SERVICE INTL CORP | Unsecured | 1,311.00 | 1,311.00 | 1,311.00 | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 21,038.26 | 21,038.26 | 0.00 | 0.00 |
| EMPOWER CASH ADVANCE | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| ESUSU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST INVESTORS FINANCIAL DEPT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Secured | 9,516.00 | 7,665.76 | 7,665.76 | 1,800.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Priority | 5,984.00 | 7,175.95 | 7,175.95 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Unsecured | 0.00 | 636.37 | 636.37 | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HYUNDAI CAPITAL AMERICA (HCA) | Secured | 14,034.00 | 12,746.45 | 12,746.45 | 3,000.00 | 0.00 |
| IC SYSTEMS, INC | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| INPHYNET PRIMARY CARE PHYSICI/ | Unsecured | NA | 1,045.00 | 1,045.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 26,033.61 | 26,033.61 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 31,555.00 | 28,064.15 | 28,064.15 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 726.00 | 726.63 | 726.63 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 759.26 | 759.26 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 2,313.00 | 2,313.38 | 2,313.38 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | Unsecured | NA | 530.35 | 530.35 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | 1,474.00 | 1,474.98 | 1,474.98 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | 1,409.00 | 1,409.61 | 1,409.61 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | 766.00 | 766.12 | 766.12 | 0.00 | 0.00 |
| MOHELA | Unsecured | 12,571.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 8,248.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 8,021.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 7,640.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 4,927.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 4,927.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 4,892.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 3,832.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 2,261.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 1,344.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 1,010.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 683.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS - PTN | Unsecured | NA | 2,361.33 | 2,361.33 | 0.00 | 0.00 |
| NETCREDIT | Unsecured | 5,259.00 | 5,259.22 | 5,259.22 | 0.00 | 0.00 |
| NPRTO GEORGIA, LLC | Unsecured | NA | 1,902.94 | 1,902.94 | 0.00 | 0.00 |
| PDQ SERVICES, INC. | Unsecured | 3,077.00 | NA | NA | 0.00 | 0.00 |
| PDQ SERVICES, INC. | Unsecured | 679.00 | NA | NA | 0.00 | 0.00 |
| PIEDMONT HEALTHCARE | Unsecured | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC JEFFERS( | Unsecured | 1,208.00 | 1,208.86 | 1,208.86 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC JEFFERS( | Unsecured | 1,122.00 | 1,122.64 | 1,122.64 | 0.00 | 0.00 |
| PROGRESS RESIDENTIAL | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| RADIUS GLOBAL SOLUTION | Unsecured | 4,970.00 | NA | NA | 0.00 | 0.00 |
| SPRING OAKS CAPITAL SPV, LLC | Unsecured | 1,450.00 | 1,450.00 | 1,450.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOUR( | Unsecured | NA | 1,802.83 | 1,802.83 | 0.00 | 0.00 |
| Vystar Credit Union | Unsecured | 316.00 | 287.11 | 287.11 | 0.00 | 0.00 |
| WALMART CREDIT SERVICES/CAPIT/ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD OMNI FINANCIAL CORP. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,746.45 | $3,000.00 | $0.00 |
| All Other Secured | $7,665.76 | $1,800.00 | $0.00 |
| **TOTAL SECURED:** | **$20,412.21** | **$4,800.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $35,240.10 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$35,240.10** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$145,358.69** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,840.63 |
| Disbursements to Creditors | $4,800.00 |
| | |
| **TOTAL DISBURSEMENTS :** | **$8,640.63** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/29/2026                    By: /s/ Melissa J. Davey
                                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

IN RE:                                    )        CASE NO. 25-61716-PMB
RASHONDA DESHAY BELL                      )
                                          )
                                          )
DEBTOR                                    )

### CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Final Report and Account using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
BURROW & ASSOCIATES, LLC ATTORNEYS AT LAW

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):
RASHONDA DESHAY BELL
1016 HARBOR VIEW LN
MCDONOUGH, GA  30252
Dated:  07/29/2026                          /s/ Melissa J. Davey
                                            _____
                                            Melissa J. Davey, Chapter 13 Trustee
                                            State Bar No. 206310
                                            Standing Chapter 13 Trustee
                                            233 PEACHTREE STREET NE
                                            SUITE 2250
                                            Atlanta, GA  30303
                                            (678)510-1444

**UST Form 101-13-FR-S (9/1/2009)**