**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In  Debtor(s)
Re:  **RaShonda Deshay Bell**
1016 Harbor View Ln
McDonough, GA 30252

**xxx−xx−5594**

Case No.: **25−61716−pmb**
Chapter:  **13**
Judge:  **Paul Baisier**

**ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE
AND CLOSING ESTATE**

It appearing that the case of the above−named Debtor(s) was dismissed by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

Paul Baisier
United States Bankruptcy Judge

Dated: August 6, 2026

Form 176

United States Bankruptcy Court

Northern District of Georgia

In re:

RaShonda Deshay Bell

    Debtor

Case No. 25-61716-pmb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 06, 2026 | Form ID: 176 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

**Recip ID**      **Recipient Name and Address**
db      #+   RaShonda Deshay Bell, 1016 Harbor View Ln, McDonough, GA 30252-8050

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Kevin Grindlay
     on behalf of Debtor RaShonda Deshay Bell kevin.grindlay@legalatlanta.com

Matthew Franklin Totten
     on behalf of Creditor Progress Residential Borrower 17  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Melissa J. Davey
     mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com

Michael F. Burrow
     on behalf of Debtor RaShonda Deshay Bell court@legalatlanta.com
burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com

TOTAL: 4